

FILED

MAY - 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorney
3  Federal Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California  93721
   Telephone: (559) 497-4000
5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   1:06 sw 0096 DLB
                                   )
12              Plaintiff,         )
                                   )   ORDER TO UNSEAL
13         v.                      )   SEARCH WARRANT
                                   )
14  4368 N. Cornelia               )
    Fresno, CA                     )
15                                 )
                Defendant.         )
16  _____)

17      The search warrant in this case, having been sealed by Order

18  of this Court, and it appearing that it no longer need remain

19  secret,

20      IT IS HEREBY ORDERED that the search warrant be unsealed and

21  made public record.

22  DATED: May 3, 2006

                                   _____
                                   HONORABLE DENNIS L. BECK

1